# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

131316

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VIRGINIA CLULEY, and
DAVID CLULEY,
        Plaintiffs-Appellants,

v

LANSING BOARD OF WATER
AND LIGHT, and JOHN
ELASHKAR,
        Defendants-Appellees.

SC: 131316
COA: 264208
Ingham CC: 03-002186-CK

_____/

      On order of the Court, the application for leave to appeal the March 7, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

l0122